

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-15-00827-CV

Style:       Johnathon Dean

**v.** Aurora Bank, FSB f/k/a Lehman Brothers Bank, FSB, Nationstar Mortgage LLC, and

Alvin Gerbermann

Date motion filed*:       February 10, 2016

Type of motion:       "Supporting Reply—Appellant's 3rd Motion for Extension of Time to File Brief"

Party filing motion:       Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:

      Original due date:       December 30, 2015

      Number of previous extensions granted:       2       Current Due date: March 14, 2016

      Date Requested:       February 29, 2016

Ordered that motion is:

☐       Granted

      If document is to be filed, document due:

      ☐       The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐       Denied

☒       **Dismissed (moot)**

☐       Other: _____

On February 11, 2016, the Court granted appellant's motion for extension of time, filed on January 27, 2016, and extended the time to file appellant's brief to March 14, 2016. Accordingly, appellant's motion for extension of time, filed on February 10, 2016, is dismissed as moot. **Appellant's brief remains due to be filed no later than March 14, 2016**.

Judge's signature:     /s/ Russell Lloyd
      ☑     Acting individually     ☐     Acting for the Court

Panel consists of _____

Date:   February 23, 2016